UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN JOURDAN<br>            PETITIONER | CIVIL ACTION NO. |
| VERSUS | SECTION |
| UNITED STATES POSTAL SERVICE<br>AND JERRY ZEIGLER<br>            DEFENDANTS | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come petitioner, MELVIN JOURDAN, who respectfully asserts his complaint against defendants as set forth below:

I.

Petitioner, MELVIN JOURDAN is a person of the full age of majority and a resident of Orleans Parish, State of Louisiana.

II.

Made defendants herein are:

United States Postal Service, believed to be a United States Governmental Agency.

JERRY ZEIGLER, believed to be a person of the full age of majority and a resident of the State of Texas.

III.

Jurisdiction in this Court is based upon a U.S. Government defendant.

IV.

Petitioner brings this litigation for damages suffered on or about September 10, 2008. Petitioner avers that damages and injuries were sustained as a result of the negligence of defendants

as more fully described herein.

V.

On March 12, 2010, Petitioner filed an Administrative claim (Form SF95) with the United States Postal Service. Said claim was received by the United States Postal Service on March 17, 2010. Petitioner remains under treatment for his injuries and, as a result, the United States Postal Service has not responded to said claim.

VI.

This matter arises under the Federal Tort Claims Act, 28 U.S.C.A. § 2671, et seq. and specifically 39 U.S.C.A. § 409, as the United States Postal Service is a defendant. Accordingly, this court has Jurisdiction over this matter.

VII.

Petitioner prays and avers that the Court evoke its authority to hear the claims of petitioner and that pendent jurisdiction be had of these claims and pursuant to a U.S. Government defendant.

FACTS

VIII

On or about September 10, 2008, petitioner, MELVIN JOURDAN was operating his 2002 Ford vehicle east bound on Loyola Ave., when it was struck in the front left side by a U.S. Postal Service truck being operated by JERRY ZEIGLER. Mr. Zeigler disregarded a red light and turned into the path of petitioner. The crash caused extensive personal injuries to the petitioner and property damage to his vehicle.

IX.

At all times pertinent, defendant, JERRY ZEIGLER was in the course and scope of his employment with the defendant, U.S. Postal Service.

X.

CAUSES OF ACTION

Petitioner avers that the accident was caused through no fault or negligence on his part and that the sole and proximate cause of the accident was due to the negligence of the defendant, JERRY ZEIGLER, and that he was acting in the course and scope of his employment as an employee of defendant, U.S. Postal Service. U.S. Postal Service is liable for damages caused by its employee's negligence, and not limited to the following acts of negligence:

   A.   Reckless and careless operation of his vehicle;

   B.   Failure to keep his vehicle under control;

   C.   Failure to act as a reasonable person under the circumstances then and there existing;

   D.   Negligently failing to see what he should have seen at the time of the accident;

   E.   Disregarding a red traffic light;

   F.   Any and all other acts of negligence which will be proven at the time of trial.

All of which are violations of the rules of the road and the statutes and law of Louisiana, which are herein made reference to as if copied in extensio.

XI.

DAMAGES

Petitioner avers that as a result of the negligence and gross negligence of defendants, that petitioner has suffered damages including but not limited to the following;

Past, present and future mental pain and anguish, past, present and future physical pain and suffering, past, present and future loss of enjoyment of life, past, present and future lost wages and loss of earning capacity, past, present and future medical expenses and past, in an aggregate amount of $1,000,000.00, plus property damage in the amount of $8,577.59, plus punitive damages in an

amount to be determined by the Court if circumstances justify such an award.

XII.

Should discovery indicate that any or all defendants acted recklessly or were grossly negligent, petitioner is entitled to recover punitive damages. Specifically, petitioner asserts that he is entitled to discovery regarding training, supervision, knowledge and efforts to avoid or eliminate the circumstances that led to the accident in question.

XIII.

Petitioner prays for a trial by jury.

**WHEREFORE**, petitioner, MELVIN JOURDAN prays that the defendants JERRY ZEIGLER and U.S. Postal Service be served with a copy of this petition, that they be cited to appear and answer same, and that after due proceedings are had, there be judgment rendered in his favor and against defendants, for all damages that are reasonable in the premises, for legal interest on all amounts from the date of judicial demand until paid, for the costs of these proceedings, including expert witness fees, and for all general and equitable relief available in such circumstances.

Respectfully Submitted:

/s/ Randall J. Meyer
RANDALL J. MEYER (18342)
Attorney at Law
337 Carondelet Street
New Orleans, LA 70130
(504) 523-0063
Randy@rmeyerlaw.com

Serve complaint on:
See Following Page

Attorney General for United States
Albert Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney for Eastern District of Louisiana
James Letten, USA
500 Poydras Street
Room B210
New Orleans, Louisiana 70130

General Attorney for U.S. Postal Service
Mary Anne Gibbons
Chief Counsel, Ethics and
Federal Requirements
USPS Law Department
475 L'Enfant Plaza, SW, Rm. 6249
Washington, DC 20260-1127

Jerry Zeigler
2244 Dudley Lane
Burleson, TX 76028